Name: Michael S. Ames
Address: # 36474/Utah State prison
Telephone: P.O. Box 250
Draper, Utah 84020

RECEIVED CLERK
MAY 15 2012
FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
U.S. DISTRICT COURT
MAY 23 2012
D. MARK JONES, CLERK
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
Northern DIVISION

Ames, Michael S.
(Full Name)
PLAINTIFF

vs.

1) Deputy Christensen, Todd of Weber County Sheriff's office
2) Weber County Sheriff's office
3) State of Utah

DEFENDANTS

CIVIL RIGHTS COMPLAINT
(42 U.S.C §1983, §1985)

Case: 2:12-cv-00481
Assigned To : Benson, Dee
Assign. Date : 5/15/2012
Description: Ames v. Christensen et al

A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. X  42 U.S.C. §1983
   b. __ 42 U.S.C. §1985
   c. __ Other (Please Specify) _____

2. NAME OF PLAINTIFF Ames, Michael S.
   IS A CITIZEN OF THE STATE OF Utah

   PRESENT MAILING ADDRESS: # 36474 Utah State prison, P.O. Box 250
   Draper, Utah 84020

3. NAME OF FIRST DEFENDANT Deputy Christensen, Todd of Weber County Sheriff's office

IS A CITIZEN OF Weber County, Utah
(City and State)

IS EMPLOYED AS Deputy at Weber County Sheriffs Office
(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES X NO___. If your answer is "YES" briefly explain.

He shot me while on shift @ weber county Sheriffs office.

4. NAME OF SECOND DEFENDANT Weber County Sherriffs office
(If applicable)

IS A CITIZEN OF Weber county, Utah
(City and State)

IS EMPLOYED AS _____ at _____
(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES X NO___. If your answer is "YES" briefly explain.

It is a State entity

5. NAME OF THIRD DEFENDANT State of Utah
(If applicable)

IS A CITIZEN OF State of Utah
(City and State)

IS EMPLOYED AS _____ at _____
(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES _X_ NO___. If your answer is "YES" briefly explain.

The defendant is the State of Utah.

6. NAME OF FOURTH DEFENDANT __N/A__
(If applicable)

IS A CITIZEN OF _____
(city and State)

IS EMPLOYED AS _____ at _____.
(Position and Title if Any)   (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO___. If your answer is "YES" briefly explain.

(Use additional sheets of paper if necessary.)

### B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

Excessive use of force, Improper use of lethal force, Violation of 8th Amendment rights, & for the intentional infliction of emotional distress and bodily injury. Deputy Christensen, Todd Subdued me by use of lethal force. He then shot me several more times after I was subdued.

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

    a. (1) Count I: Excessive use of force

    (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
    Deputy Christensen after subdueing me, then shot me twice in the back, critically injuring me. Weber County Sheriffs office along with the State of Utah are liable as they employ Deputy Christensen. Deputy Christensen did this on March 25, 2011 in South Ogden, Utah @ 2:00pm

    b. (1) Count II: Improper use of Lethal Force & violation of 8th Amendment

    (2) Supporting Facts: After being incapacitated by a baseball bat, deputy Christensen then used lethal force against me. deputy Christensen later shot me 2 more times in the back. This demonstrates cruel and unusual treatment along with improper use of Lethal Force. This occured on March 25, 2011 in South Ogden, Utah @ 2:00pm

    c. (1) Count III: Intentional infliction of emotional distress and bodily injury.

(2) Supporting Facts: Deputy Christensen intentionally shot me repeatedly causing sever bodily injury and emotional distress. Again, Weber County Sheriff's office is liable, as with the State of Utah as they employ deputy Christensen. This occured in South Ogden, Utah @ 2:00pm on March 25, 2011.

### D. INJURY

1. How have you been injured by the actions of the defendant(s)?

Yes, I've had incredible physical and mental injury. I was shot 5 times total. This shattered my hip, destroyed my digestive tract, and numerous soft tissue injuries. I am suffering from PTSD also. I now wear a colostomy bag and no longer have normal use of my bowels.

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ / NO ✗ . If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____
   b. Name of court and case or docket number: _____

  c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

  d. Issues raised: _____

_____

_____

  e. When did you file the lawsuit? _____
              Date Month Year

  f. When was it (will it be) decided? _____

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO **X**____. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

Weber County Sheriff's office has a history of not disciplining deputy Christensen. Deputy Christensen also has a history as a hot head and I fear retaliation.

_____

_____

### F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

Compensation of the financial nature to cover my future medical expenses and the injuries I've suffered. A financial settlement for pain and suffering. A punitive award against the defendents.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at  Utah State Prison  on  April 3rd  20 12 .
     (Location)             (Date)

_____
Signature