(Amended Copy)

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

SEP 1 9 2012

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

Name:
Address:
Telephone:

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _Civil_ DIVISION

Michael S. Ames
(Full Name)
PLAINTIFF

vs.

Dep-Todd Christensen

_____

_____

DEFENDANTS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

CIVIL NO. 2:12-CV-481 DB
(Supplied by Clerk)

### A. JURISDICTION

1. Jurisdiction is proper in this court according to:

    a. **X** 42 U.S.C. §1983
    b. ___ 42 U.S.C. §1985
    c. ___ Other (Please Specify) _____

2. NAME OF PLAINTIFF Michael S. Ames
   IS A CITIZEN OF THE STATE OF UTAH

   PRESENT MAILING ADDRESS: Utah State Prison-Draper

3. NAME OF FIRST DEFENDANT Deputy Todd Christensen

IS A CITIZEN OF _Weber County, Utah_
                    (City and State)

IS EMPLOYED AS _a Detective_ at _Sheriff's Office_.
       (Position and Title if Any)    (Organization)

    Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES _X_ NO___. If your answer is "YES" briefly explain.

_While I had been shot several times and had sustained head trauma, while I was on the ground Defendant shot me twice. On March 25th 2011 in Weber County at 4:00 PM._

4. NAME OF SECOND DEFENDANT _N/A_
   (If applicable)

IS A CITIZEN OF _____
                  (City and State)

IS EMPLOYED AS _____ at _____.
   (Position and Title if Any)   (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ___. If your answer is "YES" briefly explain.

_____

_____

_____

5. NAME OF THIRD DEFENDANT _N/A_
   (If applicable)

IS A CITIZEN OF _____
                    (City and State)

IS EMPLOYED AS _____ at _____.

(Position and Title if Any)     (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO___. If your answer is "YES" briefly explain.

_____

_____

_____

6. NAME OF FOURTH DEFENDANT __N/A__
   (If applicable)

   IS A CITIZEN OF _____
   (city and State)

   IS EMPLOYED AS _____ at _____.
   (Position and Title if Any)     (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ___ NO___. If your answer is "YES" briefly explain.

   _____

   _____

   _____

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

   While I was In Police Custody and Lying Face down on The Ground Defendant Shot me In The back Causing permanent damages.

*and debilitating Injuries*

### C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: *deliberate act of Pain and Suffering.*

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
   *Defendant Todd Christensen Did after having Plaintiff In Custody Face down on the ground, Shot Plaintiff In The back Two (2) Times Critically Injuring Him. On March 25th 2011 in Weber County at 4:00 PM*

   b. (1) Count II: *Reckless use of a Lethal Weapon Causing Injuries.*

   (2) Supporting Facts: *Plaintiff was shot Five (5) Times by Detective Christensen, and after Recieving a Heavy Blow To The head by a baseball bat, Plaintiff was Shot In his back Two (2) Times by Detective Christensen*

c. (1) Count III: Critical Injuries That permanently disables Plaintiff.

(2) Supporting Facts: after being Shot IN The back by Detective Christensen while face Down on The ground, The unauthorized use of excessive Force, Plaintiff Now Suffers From Life Changing debibitating Injuries.

### D. INJURY

1. How have you been injured by the actions of the defendant(s)?

Plaintiff Now has To wear a Colostamy bag because digestive System Is distroyed-and bowels do Not Function; Shattered Hip- Sever Tissue damage, and Trauma as well as Sleepless Night because of Pain.

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES _____ / NO __X__. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

    a. Parties to previous lawsuit:

        Plaintiff(s): _____

    Defendant(s): _____

b.  Name of court and case or docket number: _____

c.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

d.  Issues raised: _____

_____

_____

e.  When did you file the lawsuit? _____
            Date Month Year

f.  When was it (will it be) decided? _____

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO ____. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

*Rehabilitation aswell as being Compensated For UNusal Pain and Suffering also medical Expense CompeNsatioNs.*

*and That Criminal Charges be brought against Defendant Christensen -*

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at *Utah State Prison* on *Aug 30* 20*12*.
      (Location)          (Date)

*Michael S Ames*
Signature