IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH.

Michael Ames,
    Plaintiff,

Vs,

Todd Christensen,
    Defendant.

Reply To Response by Defendant: And Request For Rule 60 In favor of Plaintiff:

Judge Dale A. Kimball
Case # 1:12-CV-007-DAK

12cv451  PRO SE

Come Now Plaintiff Michael Ames who Respectfully Reply To The Response and Fraud Committed upon The Court by Counsel of Record For Defendant.

And That because of The Civil Misconduct by Counsel when He argued False and Misleading Evidence To The Court,
Plaintiff would Respectfully ask The Court To Prevent Counsel From all Future appearances In This Case,

And That The Response by Counsel be Stricken From The Court Records, or In The alternative
The waiver of Defendants Rights To Respond by applied To This Case,
Whereas The Court would Then Recieve The Filed Response by Defendant as a Fraudulent Document by Representation.

Page No #1

## Argument-

Being a State Authority or Not
The Courts Have Never Held any
Difference between a State Authority
or Regular Citizens,
Though They may Have offended The Law
or Not.
Nor Do The Courts give Persons of Authority
The Rights of Judge and Executioner
In The alleged Call of Duty.

Therefore Counsel's Argument most
Certainly Move The Court To Deny
Defendants attempts To Circumvent
The Laws as Writtened. (U.S 42 1983.)
and all other Written Provissions of Law.

It Is The asserted Argument by Counsel
For Defendant That The Constitution
only matters when The Defendant
Happens To be a Police officer or
a Person of Authority,
And That The Court Should Merely
assume That Every word which
Proceeds From The Mouth of an accused
Police officer, who Has an alleged
Civil Complaint against Him,
would Preclude The Courts From
applying The Constitutional Rights of
The Plaintiff In a Civil action.

Therefore The Court Should View Defendants
Response as only an attempt To Inflame
The Passion of The Court For a partial Ruling.

## ARGUMENT-

Counsel For Defendant Is No Doubt an Expert at Illusions.
Because His Inflated Dramatization of what He only Presumed To Have occurred Is Merely His attempted To Slant The actual Facts of The alleged Event, which No Doubt was Indeed Reckless and well beyond Defendants Sworn Call To Civil Service.

Plaintiff Surely agrees with Counsel That Defendant Is a Certified Police Officer, and Is Employeed by Weber County Sheriffs Department,
However
This Highlight of Defendants background Do NOT Excuse His Reckless Civil actions against Plaintiff,
More Important,
Counsel For Defendant Is NOT a License Phycologist,
Nor Is He a mind Reader,
Therefore Counsel Is again Trying To Inflame The Passion of The Court To Disregard The afforded Constitutional Rights and Civil Rights of The Plaintiff.

## Argument-

Each of the Detectives state in their affidavits that the Plaintiff was shot only while moving toward the Defendant, However

Counsel for Defendant argues that Plaintiff was shot only in the front of his body, and that Plaintiff was never shot in the back while on the ground.

This argument by Counsel is indeed false and misleading.

Because the medical evidence clearly demostrate that Plaintiff suffers from multiple gunshot wounds in his back.

What is very contradictive of Counsel's argument, is that both affiants to the case have sworn that Plaintiff was shot 5 times in his front torso, yet the Defendant and his affiant evade to state that the Plaintiff was no doubt shot in his back while face down on the ground apposing no immediate threat to Defendant or Society.

Again Counsel is attempting slant the facts which demostrate that his client is indeed responsible for his own reckless acts of civil violations against the Plaintiff.

## Argument-

It would appear that by Counsel's inflated arguments,
Counsel Has Committed Fraud upon The Court when Counsel argues that The Plaintiff Had Pointed a gun at The Defendant,
Thus affording The Defendant absolute Immunity by Self Defense Claim only after The Complaint was Filed.

However
It is Not Even Clear If Plaintiff Had at all Pointed a gun at The Sky, This is especially True when The Defendant and His Affiant Never Stated In Their Sworn Affidavit acount of The Event That Plaintiff Had Done Such as Counsel Now Claims.

Infact The Affidavit by Detective Harthey States That It appeared as If Plaintiff Had a gun In His Hand,
But No mention of Plaintiff Pointing The gun at Defendant,

Too often In This Country The Detectives Have mistaken objects In Citizens Hands as guns when Infact The object was other Than a weapon,
Though In Some Cases The Hyper Intensive assumptions by The Detectives Did Indeed Cause Some Deaths.

## Argument –

Counsel's argument to the Court is that His Client Has Immunity From all Civil action Complaints, which may be alleged against Him Because, Being a Certified Police officer, Defendants Reaction to Plaintiff's appearance only Took 2 to 5 Seconds, of which Counsel Suggest That Defendant Gave a Sound Judgement of the Situation Prior to Defendants Reckless use of Force.

This argument by Counsel again Demostrates His Inflated Exaggerated Misleadings of the absolute Facts,
and That Counsel's only Concern of The Law Is That He Should Win, No matter How False His assertions are,


More Important,
Because Counsel Has Committed Fraud upon This Court,
This Case would Warrent Rule 60 be applied In Interest of The Plaintiff
And That Counsel be Removed From This Case In the Interest of Justice.


Lastly, as The P.L.R.A Is For Offensive Institutional Civil Violations against a Prisoner, In Custody,
The Prisoner Grevience Process Do Not afford a Prisoner action against a None Institutional Employee Such as The Defendant.

Page No. 6.

## Conclusion-

Plaintiff now move The Court To view The Fraud Committed upon The Court by Counsel as a Blatant attempt by Counsel To Deny Plaintiff His Civil and Constitutional Rights To Bring a Civil Complaint To The Court, and To be Heard by The Court.

Counsel's argument is a Mere attempt To Inflame The passion of The Court, Because Plaintiff Has Satisfied The Integrity of Justice Through The Preponderance of The Evidence Set Forth In This Civil Complaint.

Therefore Plaintiff Respectfully move The Court To Set This matter For an oral argument For Resolution of The case.

Respectfully
Submitted by

Michael Ames
Plaintiff.

Page No# 7
June 4, 2013.

4 S_____
P.O. Box 250
_pr, UT
84020-0250

INMATE MAIL
UTAH STATE PRISON
P.O. BOX 250
DRAPER, UT 84020

United States District Court
Office of the Clerk - Legal Mail
350 So Main Street
Salt Lake City, UT
84101