Frank D. Mylar (5116)
MYLAR LAW, P.C.
2494 Bengal Blvd.
Salt Lake City, Utah 84121
Phone: (801) 858-0700
Fax: (801) 858-0701
Mylar-Law@comcast.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL AMES,**<br><br>    Plaintiff,<br><br>v.<br><br>**TODD CHRISTENSEN,**<br><br>    Defendant. | **SUPPLEMENTAL AFFIDAVIT OF CORPORAL CHET HARTLEY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 2:12-CV-481-DB<br><br>District Judge Dee Benson |

STATE OF UTAH      )
                                 ) ss.
COUNTY OF WEBER   )

      I, CHET HARTLEY, having been duly sworn, under oath, state that the following statements are true and based upon my personal knowledge:

      1.      I am an adult resident of Weber County, State of Utah and a United States citizen. If I were to testify in Court, I would testify to the facts contained in this Affidavit.

2. This affidavit supplements my testimony from my previous affidavit submitted in this case, filed with the Court on May 28, 2013.

3. On March 25, 2011, my patrol car was equipped with a dashboard video camera, which recorded relevant aspects of the events involved in this lawsuit.

4. A copy of the video and audio recording is attached as Exhibit A and incorporated herein by reference.[1]

5. The video footage captures the initial shot fired at Plaintiff as described by Deputy Christensen in ¶ 9 of his Affidavit at approximately 16:06:55.

6. The video footage briefly shows Plaintiff before he runs out of view of the camera and into one of the houses.

7. While the video footage did not capture any pictures of Defendant shooting Plaintiff, it did pick up the audio, which can be heard at approximately 16:08:24.

8. Five shots are heard in rapid succession, and no other shots are fired after this time.

**DECLARATION UNDER PENALTY OF PERJURY**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that the above sworn statements are true and based upon my personal knowledge and experience.

Dated this 24th day of June, 2013.

*/s/ Chet Hartley*

_____
Corporal Chet Hartley
Formerly of the Weber County
Sheriff's Department

---

[1] The video has a timestamp showing the hour, minute, and second, and references herein to the video will identify the time of each referenced occurrence in the form "hh:mm:ss."

## CERTIFICATE OF ALTERNATE SERVICE

I certify this 26th day of June, 2013, counsel's office mailed an exact copy of this **SUPPLEMENTAL AFFIDAVIT OF CORPORAL CHET HARTLEY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** that is filed with the United States District Court, Electronic Filing System, upon Plaintiff's last known address at:

Michael Ames, Inmate
UTAH STATE PRISON # 36474
OQU #3 204B
P.O. Box 250
Draper, Utah 84020

/s/ Frank D. Mylar
_____
Frank D. Mylar